11089574
556.52
3/24/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-18-10

CASE: Robert P. Roth
Alberta L. Roth

DOCKET #: 06-04009

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Ck issued not cashed - 90 days

$556.52/c 10  PC Systems Inc. 444 West 96th St Paul MN

FILED
MAR 24 2010
BANKRUPTCY COURT
BUFFALO, N.Y.